IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV149**

|  |  |  |
|---|---|---|
| KIMBERLY SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| BELLSOUTH CORPORATION; | ) | |
| BELLSOUTH LONG TERM | ) | |
| DISABILITY PLAN FOR | ) | |
| MANAGEMENT EMPLOYEES; | ) | |
| BROADSPIRE SERVICES, INC.., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    **THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled from the March 2006 term to the **May 7, 2007 term of court at 10:00 a.m.** in Charlotte.

    IT IS SO ORDERED.

Signed: July 12, 2006

Graham C. Mullen
United States District Judge