# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:06-CV-149

| | |
|---|---|
| KIMBERLY SHELTON, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | )   **ORDER** |
| BELLSOUTH CORP., *et al*, | ) |
|     Defendants. | ) |
| | ) |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **November 5, 2007, term of court at 10:00 a.m. in Charlotte.**

It is so ordered.

Signed: July 18, 2007

*Graham C. Mullen*
Graham C. Mullen
United States District Judge