# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06-CV-149-GCM

| | |
|---|---|
| KIMBERLY SHELTON, )<br>                Plaintiff, )<br>v. )<br>)<br>BELLSOUTH CORPORATION, INC. )<br>et al, )<br>                Defendant. )<br>) | **ORDER** |

      **THIS MATTER** is before the court on its own motion. The trial originally set for November 5, 2007, is hereby re-scheduled for **Tuesday, November 13, 2007, at 10:00 a.m.** in Charlotte.

      It is so ordered.

Signed: September 4, 2007

Graham C. Mullen
United States District Judge