# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:06-CV-149-GCM

| | |
|---|---|
| KIMBERLY SHELTON, )<br>    Plaintiff, )<br>v. )<br>)<br>BELLSOUTH CORP., *et al*, )<br>    Defendants. )<br>) | **ORDER** |

  **THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **Monday, February 4, 2008, at 10:00 a.m.** in Charlotte.

  It is so ordered.

            Signed: September 18, 2007

            Graham C. Mullen
            United States District Judge