# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv149

| | |
|---|---|
| **KIMBERLY SHELTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **BELLSOUTH CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Court has been advised that the parties have reached a settlement, but they are still undertaking to complete the documentation of the settlement.

The Court will provide the parties with an opportunity to finalize settlement documents prior to the filing of the stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that this case, due to settlement, is administratively closed, but a stipulation of dismissal must be filed on or before April 25, 2008.

Signed: March 25, 2008

Martin Reidinger
United States District Judge